REVERSE the judgment on the pleadings AND REMAND this
 matter to the district court for proceedings consistent with this order.

 ift-c A , J.
 Hardesty

 Douglas
 ar4
 li J.

 CHERRY, J., concurring:
 For the reasons stated in the SFR Investments Pool 1, LLC ix

 U.S. Bank, N.A., 130 Nev. , 334 P.3d 408 (2014), dissent, I disagree
 that respondent lost its lien priority by virtue of the homeowners
 association's nonjudicial foreclosure sale. I recognize, however, that SF]?
 Investments is now the controlling law and, thusly, concur in the
 disposition of this appeal.

 J.
 Cherry

 cc: Hon. Jessie Elizabeth Walsh, District Judge
 Law Offices of Michael F. Bohn, Ltd.
 Akerman LLP/Las Vegas
 Eighth District Court Clerk

SUPREME COURT
 OF
 NEVADA
 2
(9) 1947A 940119